IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADA JOHNSON**, | ) | CIVIL ACTION NO. 22-1133 |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| v. | ) | |
| | ) | |
| **WARDEN JOE DeMORE,** | ) | |
| | ) | |
| Defendant. | | |

## ORDER OF COURT

AND NOW this 20th day of September, 2022, for the reasons set forth in the memorandum opinion, the § 2241 petition filed by Ada Johnson (ECF No. 1) is hereby dismissed with prejudice. The magistrate judge's R&R (ECF No. 2) is adopted as the opinion of the court in all respects, except as to the recommendation that the petition be dismissed without prejudice. The clerk of court shall mark this case closed.

BY THE COURT,

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge

1